FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2022

No. 04-22-00523-CV

**IN THE INTEREST OF A.H., ET AL.**, Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01990
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on September 15, 2022. On September 15, 2022, appellant filed a motion requesting an extension of time to file the brief.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

The motion is GRANTED, and appellant's brief must be filed **no later than October 5, 2022**. *Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.*

It is so **ORDERED** on September 16, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT